FRANK PAGANO, as Administrator of the Estate of FEDERICO PAGANO, Deceased, Appellant, *v.* JOHN LOUGHLIN et al., Copartners under the Firm Name of LOUGHLIN BROS., Respondents.

(Submitted January 8, 1934; decided January 9, 1934.)

*James A. Nooney* for motion.
*William F. Lally* opposed.
Motion denied.